Timothy W. Hoffman, Trustee
State Bar No. 114962
Post Office Box 1761
Sebastopol, CA 95473
Telephone No.: (707) 823-1058

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: ) Case No.: 14-11108  TEC
)
    Ronald J. Cutler, Jr. ) Chapter 7
)
        Debtor )
_____/

MOTION TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION

Comes now, Timothy W. Hoffman, and moves the Court as follows:

1. Movant is the duly qualified, appointed and acting Trustee of the Chapter 7 estate of the above-named Debtor.

2. Among the assets of the bankruptcy estate are a 2010 Ford Escape automobile and a 2005 Triumph motorcycle. Both are debt free and not the subject of an exemption claim by the Debtor.

3. Movant proposes to sell these assets via a public auction using West Auctions, Inc. West Auctions, Inc. charges a 12% commission plus reimbursement for the auctioneer's out-of-pocket expenses, including picking up the assets, cleaning and other preparation for sale, and secure storage pending sale.

4. Movant believes that the proposed sale of assets via public auction is the most cost effective way to sell assets of this type and therefore is in the best interests of the creditors and the bankruptcy estate generally.

1  WHEREFORE, Movant prays for entry of an Order approving the sale of the above-described assets via public auction, and for such other and further relief as the Court deems just.

Dated: 10/1/14                                    <u>Timothy W. Hoffman</u>
                                                  Timothy W. Hoffman, Trustee